Case 14-35304-JNP    Doc 66-3    Filed 02/13/18    Entered 02/13/18 00:40:07    Desc
Proposed Order    Page 1 of 3

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |  |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1( b)**<br><br>Denise Carlon<br>KML LAW GROUP, P.C.<br>216 Haddon Avenue, Ste. 406<br>Westmont, NJ 08108<br>Toyota Motor Credit Corporation | **Order Filed on February 13, 2018 by Clerk U.S. Bankruptcy Court District of New Jersey**<br><br>Case No: 14-35304 JNP<br><br>Chapter: 13 |
| In Re:<br>    Galarza, Evelyn R. | Hearing Date: February 13, 2018<br>Judge: Jerrold N. Poslusny Jr. |

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: February 13, 2018**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

[Type text]

Upon the motion of <u>Toyota Motor Credit Corporation</u>, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant, to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☐ Real Property More Fully Described as:

■ Personal Property More Fully Describes as:

**2014 TOYOTA RAV4, VIN: 2T3RFREV3EW224056**

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Evelyn R. Galarza  
    Debtor

Case No. 14-35304-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 1      Date Rcvd: Feb 13, 2018  
                   Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2018.  
db           +Evelyn R. Galarza,    427 Kelham Court,    Mount Laurel, NJ 08054-3723

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2018            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2018 at the address(es) listed below:  
       Alexandra T. Garcia    on behalf of Creditor    New Jersey Housing & Mortgage Finance Agency  
         NJECFMAIL@mwc-law.com  
       Celine P. Derkrikorian    on behalf of Creditor    New Jersey Housing & Mortgage Finance Agency  
         njecfmail@mwc-law.com  
       Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation  
         dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
       Donna L. Wenzel    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com  
       Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,  
         summarymail@standingtrustee.com  
       Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com  
       Lynn Therese Nolan    on behalf of Creditor    Toyota Lease Trust LNolan@GrossPolowy.com,  
         jbommelje@grosspolowy.com  
       Marisa Myers Cohen    on behalf of Creditor    New Jersey Housing & Mortgage Finance Agency  
         mcohen@mwc-law.com,   jhillier@mwc-law.com  
       Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation  
         rsolarz@kmllawgroup.com  
       Steven N. Taieb    on behalf of Debtor Evelyn R. Galarza staieb@comcast.net  
                                                              TOTAL: 10