Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                                            Case No.: 14−35304−JNP
                                            Chapter: 13
                                            Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Evelyn R. Galarza
   427 Kelham Court
   Mount Laurel, NJ 08054

Social Security No.:
   xxx−xx−7444

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 3/1/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: March 1, 2019
JAN: kvr

                                                                                              Jeanne Naughton
                                                                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 14-35304-JNP
Evelyn R. Galarza                                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin                Page 1 of 1              Date Rcvd: Mar 01, 2019
                               Form ID: 148               Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 03, 2019.
db          +Evelyn R. Galarza,    427 Kelham Court,    Mount Laurel, NJ 08054-3723
515310693   +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
515381044   +Cenlar FSB,    425 Phillips Boulevard,    Ewing, New Jersey 08618-1430
515232611    Cenlar Federal Savings Bank,    425 Phillips Blvd,    Ewing, NJ 08618-1430
515232613   +Frederic I Weinberg Esq,    1200 Laurel Oak Rd Ste 104,    Voorhees, NJ 08043-4317
515232614  ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
             (address filed with court:   Toyota Motor Leasing,    19001 S Western Ave,
               Torrance, BA 90501-1106)
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 02 2019 00:32:06      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 02 2019 00:32:02      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
515232610      +EDI: BANKAMER.COM Mar 02 2019 05:08:00      Bank of America,   655 Paper Mill Road,
                 Newark, DE 19711-7500
515232612       EDI: CHASE.COM Mar 02 2019 05:08:00      Chase Card Svcs,   PO Box 15298,
                 Wilmington, DE 198505-5298
515242178       EDI: TFSR.COM Mar 02 2019 05:08:00      Toyota Lease Trust,   PO Box 8026,
                 Cedar Rapids, Iowa    52408-8026
                                                                                                TOTAL: 5

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 1, 2019 at the address(es) listed below:
              Alexandra T. Garcia    on behalf of Creditor    New Jersey Housing & Mortgage Finance Agency
               NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
              Celine P. Derkrikorian    on behalf of Creditor    New Jersey Housing & Mortgage Finance Agency
               njecfmail@mwc-law.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Donna L. Wenzel    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Lynn Therese Nolan    on behalf of Creditor    Toyota Lease Trust ecfnotices@grosspolowy.com,
               jbommelje@grosspolowy.com
              Marisa Myers Cohen    on behalf of Creditor    New Jersey Housing & Mortgage Finance Agency
               mcohen@mwc-law.com, jhillier@mwc-law.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              Steven N. Taieb    on behalf of Debtor Evelyn R. Galarza staieb@comcast.net,  sntgale@aol.com
                                                                                               TOTAL: 10